UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09-20105 |
| Plaintiff, | Sean F. Cox<br>United States District Judge |
| vs. | |
| AKIL JUMA YOUNG, | Michael Hluchaniuk<br>United States Magistrate Judge |
| Defendant. | |
| _____/ | |

**ORDER GRANTING RECONSIDERATION ON DEFENDANT'S
MOTION FOR REASONABLE BOND (Dkt. 28)**

Defendant is charged with controlled substance and firearm offenses. On March 13, 2009, defendant was detained following a hearing on the government's motion for detention. The decision to detain defendant pending trial was a very close decision given defendant's ties to the Flint community and his lack of criminal history. On May 21, 2009, defendant filed a motion for reconsideration of the detention order citing difficulty in the preparation of a defense due to defendant's incarceration, defendant's strong ties to the community, the continuing need to care for defendant's seven year old daughter (defendant has shared custody of the child with his ex-wife), and the willingness of defendant's mother to serve as a third party custodian if defendant is released on bond.

1

While the government has not agreed to bond being set in this matter, on reconsideration of the earlier decision for detention, the undersigned now believes that conditions of bond can be set that will ensure the defendant's appearance at future court proceedings and the safety of the community.  Therefore, the motion to set reasonable bond will be granted under the following conditions:

(1)  Defendant will post an unsecured bond in the amount of $100,000;

(2)  Defendant will report to Pretrial Services as directed;

(3)  Defendant will surrender any passports he currently possesses and any identification he possesses in a false or assumed name;

(4)  Defendant's travel will be limited to the State of Michigan unless he obtains the express permission of Pretrial Services;

(5)  Defendant must not possess any firearms or dangerous weapons;

(6)  Defendant must not possess or consume any controlled substance except as may be prescribed by a doctor;

(7)  Defendant must reside with his mother and only at that location.  Defendant's mother will serve as a third party custodian and is required to report any possible violation of bond conditions to Pretrial Services;

(8)  Pretrial Services has the discretion to establish a curfew for defendant and to use electronic monitoring when such procedures are deemed necessary and reasonable;

(9)  All other standard conditions of bond will be applicable to defendant's release; and

(10)   Defendant is not to have any contact with any co-defendant in this case or anyone who is a potential witness in this case.

Based on the foregoing, the motion to set bond is **GRANTED** and defendant is to be released as soon as all the necessary papers are signed.

**IT IS SO ORDERED**.

Date:  May 27, 2009

s/Michael Hluchaniuk
Michael Hluchaniuk
United States Magistrate Judge

### CERTIFICATE OF SERVICE

I certify that on May 27, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following Craig Wininger, Michael P.Manley, and I hereby certify that I have hand delivered or mailed by United States Postal Service the paper to the following non-ECF participants: Pretrial Services Officer, United States Marshal.

s/James P. Peltier
Courtroom Deputy Clerk
U.S. District Court
600 Church Street
Flint, MI 48502
(810) 341-7850
pete_peltier@mied.uscourts.gov